**1528  SCOTT vs. TOWNSHIP BOARD (Bingham), 32 M., 492.**

To compel the allowance of a claim for costs and expenses of a proceeding by information, on relator's own account and not by direction of the township, to establish his right to the office of supervisor.

Denied October 22, 1875.

Held, that such costs and expenses are not a legal charge against the township.

**1529  FOURNIER vs. MAYOR AND COMMON COUNCIL (West Bay City), No. 13189, 94 M., 463.**

To compel respondent to allow a claim for compensation as street commissioner.

Granted January 18, 1893, with costs.

Held, that such costs and expenses are not a legal charge against the township.

**1530  HICKEY vs. BOARD OF SUPERVISORS (Oakland), 62 M., 94.**

To compel an allowance of relator's charges for services as constable.

Denied June 24, 1886.

Relator presented his claim, verified by his affidavit that it "was just and true and that the same had not been paid."

Held, that the affidavit was insufficient to establish the account or to prove that it was a proper charge, and that it was relator's duty to appear before the board, request action upon the claim and offer to submit proof thereof.